IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NICHOLAS KNOPICK                                                                                          PLAINTIFF

v.                                    Case No. 3:11-cv-03010

MICHAEL BREEDLOVE, JODI BREEDLOVE,
SHERIFF ROGER VICKERS,
DEPUTY SHERIFF GEORGE CALDERIA,
WILLIAM STAHLMAN, MARION COUNTY,
and CITY OF BULL SHOALS                                                                           DEFENDANTS

**O R D E R**

Currently before the Court is a Motion to Stay (Doc. 34) by Separate Defendants City of Bull Shoals and Michael Breedlove and William Stahlman, in their official capacities only.  The Motion indicates that Separate Defendants Michael and Jodi Breedlove have filed for Chapter 7 bankruptcy, petition number 3:11-bk-73302.  The Court has been advised that Plaintiff has no objections to Separate Defendants' Motion.  Furthermore, the Court, having reviewed the Motion, finds that good cause exists to grant it.

IT IS THEREFORE ORDERED that the Motion to Stay (Doc. 34) is hereby GRANTED and this case is administratively stayed pending resolution of the bankruptcy proceedings.  The parties are directed to promptly inform the Court once the bankruptcy proceedings have concluded.

IT IS SO ORDERED this 31st day of January, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE