IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NICHOLAS KNOPICK                                                              PLAINTIFF

    V.                             Civil No. 11-3010

MICHAEL BREEDLOVE, JODIE BREEDLOVE
ROGER VICKERS, SHERIFF, GEORGE CALDERIA
DEPUTY SHERIFF, WILLIAM STAHLMAN, COUNTY
OF MARION AND CITY OF BULL SHOALS                          DEFENDANTS

CLERK'S ORDER OF VOLUNTARY DISMISSAL

   Now on this 27TH day of February, 2013, comes the parties Notice of Voluntary dismissal of parties from this lawsuit. The separate defendants The City of Bull Shoals, (including Michael Breedlove, in his official capacity) and William Stahlman, in his individual and official capacities are hereby dismissed without prejudice from this lawsuit.

   Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the claims are hereby dismissed without prejudice.

IT IS HEREBY ORDERED                    AT THE DIRECTION OF THE COURT

                                          CHRISTOPHER R. JOHNSON, CLERK

                                    BY :     /s/ Sallie Hicks, Deputy Clerk